1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>OUTFRONT MEDIA, LLC, a Delaware limited liability company,<br><br>Defendant. | **CASE NO. 2:23-cv-08543-KK-AGRx**<br><br>**Order Dismissing Action Pursuant to Stipulation of the Parties**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The parties having stipulated and good cause appearing, IT IS HEREBY
2  ORDERED that this action be and is hereby dismissed with prejudice.

4  IT IS SO ORDERED.

6  Dated:  August 12, 2024                     _____
7                                               Honorable Kenly Kiya Kato
                                                 United States District Judge